STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile: 310-556-5959
Email:     *lacalendar@stroock.com*
            *bfrontino@stroock.com*

Attorneys for Defendant
  AMERICAN EXPRESS COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RODRIC JOHNSON,<br><br>       Plaintiff,<br><br>    v.<br><br>NATIONWIDE CREDIT, INC.;<br>AMERICAN EXPRESS COMPANY<br><br>       Defendants. | Case No. 2:21-cv-01570-WBS-AC<br><br>[Assigned to the Hon. William B. Shubb]<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: September 8, 2021<br>Current response date: October 27, 2021<br>New response date:  November 26, 2021 |

1. Plaintiff Rodric Johnson ("Plaintiff") and defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, and Plaintiff, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on September 1, 2021, in the United States District Court for the Eastern District of California, Sacramento Division;

WHEREAS, American Express was served with the Complaint on September 8, 2021;

WHEREAS, pursuant to Local Rule 144(a), the Parties previously agreed to extend the date for American Express to respond to the Complaint, by answer, motion or otherwise, to and including October 27, 2021;

WHEREAS, this stipulation is made with good cause, as the parties are still in the process of investigating the pertinent facts and discussing whether the matter may be resolved without further Court involvement;

WHEREAS, this Stipulation is made without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action, including without limitation to any challenge to jurisdiction or venue authorized by Federal Rule of Civil Procedure 12(b).

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that American Express shall have an additional thirty (30)-day extension of time, to and including November 26, 2021, to respond to the Complaint, by motion, answer, or otherwise.

/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

Dated:  October 27, 2021

STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO

By: */s/ Brian C. Frontino*
 Brian C. Frontino

Attorneys for Defendant
AMERICAN EXPRESS COMPANY

Dated:  October 27, 2021

GALE, ANGELO, JOHNSON, & PRUETT, P.C.
ELLIOT GALE
JOE ANGELO

By: */s/ Elliot Gale*
 Elliot Gale

Attorneys for Plaintiff
RODRIC JOHNSON

**IT IS SO ORDERED.**

Dated:  October 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 1:21-cv-01570-WBS-AC

MIA 31537505