STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email:   *lacalendar@stroock.com*
         *bfrontino@stroock.com*

Attorneys for Defendant
  AMERICAN EXPRESS NATIONAL BANK,
  erroneously sued as AMERICAN EXPRESS COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RODRIC JOHNSON, | Case No. 2:21-cv-01570-WBS-AC |
| Plaintiff, | [Assigned to the Hon. William B. Shubb] |
| v. | **STIPULATION TO ARBITRATE AND STAY ACTION AS TO AMERICAN EXPRESS NATIONAL BANK** |
| NATIONWIDE CREDIT, INC.; AMERICAN EXPRESS COMPANY | |
| Defendants. | Action filed: September 1, 2021 |

Plaintiff Rodric Johnson ("Plaintiff") and defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, and Plaintiff, through their undersigned counsel, hereby stipulate to submit all claims against American Express to binding arbitration and to stay all judicial proceedings as to American Express only, pursuant to the operative arbitration agreement contained in Plaintiff's American Express Cardmember Agreement.

**IT IS SO STIPULATED.**

Dated: January 27, 2022

STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO

By: _/s/ Brian C. Frontino_
      Brian C. Frontino

Attorneys for Defendant
  AMERICAN EXPRESS NATIONAL BANK, erroneously sued as AMERICAN EXPRESS COMPANY

Dated: January 26, 2022

GALE, ANGELO, JOHNSON, & PRUETT, P.C.
ELLIOT GALE
JOE ANGELO

By: _/s/ Elliot Gale_ (as authorized on January 26, 2022)
      Elliot Gale

Attorneys for Plaintiff
  RODRIC JOHNSON

**IT IS SO ORDERED.**

Dated:

Hon. William B. Shubb
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, a copy of the foregoing **STIPULATION TO ARBITRATE AND STAY ACTION AS TO AMERICAN EXPRESS NATIONAL BANK** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　/s/ *Brian C. Frontino*
　　　　　　　　　　　　　　　　　　　　Brian C. Frontino

MIA 31549969