Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Rodric Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RODRIC JOHNSON<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONWIDE CREDIT, INC., et. al.,<br><br>　　　　Defendants. | Civil Case No.:  2:21-cv-01570-WBS-AC<br><br>**ORDER** |

## ORDER

　　Pursuant to the stipulation of the Parties, Nationwide Credit, Inc. is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated:  April 27, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE