STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:     *lacalendar@stroock.com*
           *bfrontino@stroock.com*

Attorneys for Defendant
 AMERICAN EXPRESS NATIONAL BANK, erroneously sued
 as AMERICAN EXPRESS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RODRIC JOHNSON, | Case No. 2:21-cv-01570-WBS-AC |
| Plaintiff, | [Assigned to the Hon. William B. Shubb] |
| v. | **STIPULATION TO ARBITRATE AND STAY ACTION AS TO AMERICAN EXPRESS NATIONAL BANK** |
| NATIONWIDE CREDIT, INC.; AMERICAN EXPRESS COMPANY | |
| Defendants. | |
| | Action filed:  September 1, 2021 |

Plaintiff Rodric Johnson ("Plaintiff") and defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, and Plaintiff, through their undersigned counsel, hereby stipulate to submit all claims against American Express to binding arbitration and to stay all judicial proceedings as to American Express only, pursuant to the operative arbitration agreement contained in Plaintiff's American Express Cardmember Agreement.

**IT IS SO STIPULATED.**

Dated: January 27, 2022

STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO

By: _/s/ Brian C. Frontino_
    Brian C. Frontino

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK, erroneously sued as AMERICAN EXPRESS COMPANY

Dated: January 26, 2022

GALE, ANGELO, JOHNSON, & PRUETT, P.C.
ELLIOT GALE
JOE ANGELO

By: _/s/ Elliot Gale_ (as authorized on January 26, 2022)
    Elliot Gale

Attorneys for Plaintiff
RODRIC JOHNSON

STIPULATION TO ARBITRATE AND STAY ACTION
Case No. 2:21-cv-01570-WBS-AC

MIA 31549969

**IT IS SO ORDERED.**

This action is STAYED, and the Pretrial Conference date of February 13, 2023 and Trial date of April 18, 2023 are **VACATED.**

Dated:  April 27, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE